| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gaughan, Patricia A. | 2. Court or Organization<br><br>U.S. District Court, N.D. Ohio | 3. Date of Report<br><br>03/11/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | St John Medical Center Community Board |
| 2. | Member - Board of Directors | Collaborative to End Human Trafficking |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap 145 of the Ohio Revised Code) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 03/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | St. Raphael Church (administration) - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Keybank National Association Savings Account | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. AMER FUNDS NEW WORLD FUND CLASS F2 (NFFFX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 4. BLACKROCK EQUITY DIVIDEND FUND INSTITUTIONAL (MADVX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 5. DAVIS GLOBAL FUND CLASS Y (DGFYX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 6. FEDERATED INTERNATIONAL LEADERS INSTL (FGFLX) | | None | | | Buy | 05/09/18 | J | | |
| 7. | | | | | Sold | 11/27/18 | J | | |
| 8. FIRST EAGLE OVERSEAS FUND CLASS I (SGOIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 9. GLENMEDE LARGE CAP GROWTH FUND CLASS NL (GTLLX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 10. HARDING LOEVNER INTL EQ FD (HLMIX) | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 11. JENSEN QUALITY GROWTH FUND CLASS I (JENIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 12. JOHCM EMERG MKTS OPPS FD I (JOEMX) | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 13. MFS VALUE FUND CLASS I (MEIIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 14. NUVEEN INVT TR NWQ SMALL CAP VALUE FD CL I (NSCRX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 15. PRINCIPAL MIDCAP FUND CLASS I (PCBIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 16. T. ROWE PRICE QM U.S. SMALL-CAP GRWTH EQ FD NL (PRDSX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 17. VICTORY SYCAMORE ESTABLISHED VALUE FUND CLASS I (VEVIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND CLASS I (BESIX) | | None | | | Buy | 05/09/18 | J | | |
| 19. | | | | | Sold | 11/27/18 | J | | |
| 20. AMERICAN FUNDS EMERGING MARKETS BOND FUND CLASS F-2 (EBNFX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 21. BLACKROCK STRATEGIC INCOME I (BSIIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 22. COHEN & STEERS PREFERRED SEC & INC FUND I (CPXIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 23. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND CLASS I (SDGIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 24. EATON VN HI INC OPPOR I (EIHIX) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 25. | | | | | Sold | 10/02/18 | J | A | |
| 26. LORD ABBETT SHORT DURATION INCOME FUND CLASS F (LDLFX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 27. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I (MWTIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 28. PRUDENTIAL TOTAL RETURN BOND FUND CLASS Z (PDBZX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 29. Columbia Contrarian Core Fund Class Z (SMGIX) | | None | | | Sold | 05/10/18 | J | A | |
| 30. Templeton Glbal Bond ADV (TGBAX) | A | Dividend | | | Sold | 05/10/18 | J | | |
| 31. Blackrock Global Allocation Fund Inc Institutional (MALOX) | | None | | | Sold | 05/10/18 | J | A | |
| 32. American Funds, The Income of America Fund Class F2 (AMEFX) | A | Dividend | | | Sold | 05/10/18 | K | C | |
| 33. Thornburg Income Builder CL I (TIBIX) | A | Dividend | | | Sold | 05/10/18 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. IRA #2 (H) | | | | | | | | | |
| 35. AMER FUNDS NEW WORLD FUND CLASS F2 (NFFFX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 36. BLACKROCK EQUITY DIVIDEND FUND INSTITUTIONAL (MADVX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 37. DAVIS GLOBAL FUND CLASS Y (DGFYX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 38. FEDERATED INTERNATIONAL LEADERS INSTL (FGFLX) | | None | | | Buy | 05/09/18 | J | | |
| 39. | | | | | Sold | 11/27/18 | J | | |
| 40. FIRST EAGLE OVERSEAS FUND CLASS I (SGOIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 41. GLENMEDE LARGE CAP GROWTH FUND CLASS NL (GTLLX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 42. HARDING LOEVNER INTL EQ FD (HLMIX) | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 43. JENSEN QUALITY GROWTH FUND CLASS I (JENIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 44. JOHCM EMERG MKTS OPPS FD I (JOEMX) | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 45. MFS Value Fund Class I (MEIIX) | A | Dividend | J | T | Sold (part) | 05/10/18 | J | A | |
| 46. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND CLASS I (BESIX) | | None | | | Buy | 05/09/18 | J | | |
| 47. | | | | | Sold | 11/27/18 | J | | |
| 48. BLACKROCK STRATEGIC INCOME I (BSIIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 49. COHEN & STEERS PREFERRED SEC & INC FUND I (CPXIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND CLASS I (SDGIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 51. EATON VN HI INC OPPOR I (EIHIX) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 52. | | | | | Sold | 10/02/18 | J | A | |
| 53. LORD ABBETT SHORT DURATION INCOME FUND CLASS F (LDLFX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 54. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I (MWTIX) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 55. PGIM TOT RET BD Z (PDBZX) (FORMERLY PRUD TOTAL RET BD FD CL Z (PDBZX)) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 56. Columbia Contrarian Core Fund Class Z (SMGIX) | | None | | | Sold | 05/10/18 | J | A | |
| 57. Templeton Global Bond ADV (TGBAX) | A | Dividend | | | Sold | 05/10/18 | J | | |
| 58. Blackrock Global Allocation Fund Inc Institutional (MALOX) | | None | | | Sold | 05/10/18 | K | A | |
| 59. Thornburg Income Builder CL I (TIBIX) | A | Dividend | | | Sold | 05/10/18 | J | B | |
| 60. Brokerage #1 (H) | | | | | | | | | |
| 61. UBS Bank USA Dep Acct (X) | | None | L | T | | | | | |
| 62. American Funds, New World Fund Class F2 (NFFFX) | A | Dividend | J | T | | | | | |
| 63. American Funds, Smallcap World Fund Class F2 (SMCFX) | A | Dividend | J | T | | | | | |
| 64. Artisan International Value Inv (APDKX) | A | Dividend | K | T | | | | | |
| 65. Cohen & Steers Global Rlty Shs Fd (CSSPX) | A | Dividend | K | T | Buy | 02/09/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. Columbia Contrarian Core Fund Class Z (SMGIX) | B | Dividend | J | T | | | | | |
| 67. Jensen Quality Growth Fund Class I (JENIX) | B | Dividend | K | T | | | | | |
| 68. JP Morgan Equity Income Fund (HLIEX) | A | Dividend | K | T | | | | | |
| 69. JP Morgan Large Cap Growth Fund Select (SEEGX) | D | Dividend | K | T | | | | | |
| 70. Nuveen Invt TR NWQ Small Cap Value FD CL I (NSCRX) | B | Dividend | J | T | | | | | |
| 71. Principal Midcap Fund Class I (PCBIX) | B | Dividend | J | T | | | | | |
| 72. T Rowe Price Diversified Small Cap Growth FD (PRDSX) | A | Dividend | J | T | | | | | |
| 73. Metropolitan West Total Return Bond Fund Class I (MWTIX) | A | Dividend | K | T | | | | | |
| 74. PGIM ST Corp Bd Z (PIFZX) | A | Dividend | K | T | | | | | |
| 75. PGIM Tot Ret Bd Z (PDBZX) | B | Dividend | K | T | | | | | |
| 76. Templeton Global Bond ADV (TGBAX) | A | Dividend | J | T | | | | | |
| 77. American Funds, The Income Fund of America Fund Class F2 (AMEFX) | B | Dividend | K | T | | | | | |
| 78. Thornburg Income Builder CL I (TIBIX) | B | Dividend | K | T | | | | | |
| 79. Cohen & Steers Real Estate Securities BD (CSDIX) | A | Dividend | | | Sold | 02/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 03/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 74 and 75: Corporate name changes; see lines 21 and 28, respectively, of the 2017 report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Gaughan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544